NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**W. CLAY MACKEY,**
*Appellant*

**v.**

**LAWSON'S FINEST LIQUIDS, LLC,**
*Appellee*

---

2021-1643

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91220846.

---

## JUDGMENT

---

JOSHUA HARMS, Stokes Lawrence, P.S., Seattle, WA, argued for appellant.  Also represented by LESLIE C. VANDER GRIEND.

RYAN M. KAISER, Kaiser IP, LLC, Glen Ellyn, IL, argued for appellee.  Also represented by DANIEL CHRISTOPHERSON, Christopherson Law Firm PLLC, Littleton, CO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 5, 2021          /s/ Peter R. Marksteiner
         Date                Peter R. Marksteiner
                             Clerk of Court